UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, *et al.*,

        Plaintiffs,

  v.

D.J. MECHANICAL, INC.,

        Defendant,

JPMORGAN CHASE BANK, N.A.,

        Garnishee.

NO. MC18-0009RSL

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE ANSWER

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Northwest Sheet Metal Workers Organizational Trust, et al. |
| Judgment Debtor: | D.J. Mechanical, Inc. |
| Garnishee Defendant: | JPMorgan Chase Bank, N.A. |
| Garnishment Judgment Amount: | $5,757.04 |
| Fees and Costs Judgment Amount: | $     0.00 |
| Total Judgment Amount: | $5,757.04 |
| Attorney for Judgment Creditor: | Daniel R. Hutzenbiler |
| | McKanna Bishop Joffe, LLP |

ORDER DIRECTING ENTRY OF
JUDGMENT - Page 1

IT APPEARING that Judgment Creditor has a judgment unsatisfied against Judgment Debtor D.J. Mechanical, Inc., in the nonexempt amount of $408,615.47; that Judgment Creditor has not requested recovery of costs or attorney fees in this garnishment action; that Garnishee holds funds of the Judgment Debtor in the sum of $5,757.04; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee's answer thereto; and that the Writ of Garnishment and Application for Writ of Garnishment including a copy of the underlying judgment were served upon the Judgment Debtor by certified mail; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Clerk of Court shall enter judgment in favor of Plaintiff/ Judgment Creditor and against Garnishee in the amount of $5,757.04; and it is further

ORDERED, ADJUDGED, AND DECREED that Garnishee shall pay its judgment amount to the Registry of the Court, and, upon such payment, the Clerk of the Court shall enter full satisfaction of judgment against the Garnishee and shall draw a check on the funds on deposit in the principal amount of $5,757.04, plus all accrued interest, minus any statutory user fees, payable to Judgment Creditor, c/o McKanna Bishop Joffe, LLP, 1635 NW Johnson Street, Portland, OR 97209, and mail or deliver the check to McKanna Bishop Joffe, LLP, ATTN: Daniel R. Hutzenbiler; and it is further

//

ORDERED, ADJUDGED, AND DECREED that, upon receipt of said payment, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal Defendant/Judgment Debtor.

Dated this 17th day of August, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
Unites States District Judge